THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. McGINNISS, Respondent, *v.* GEORGE W. PALMER, as Comptroller of the City of Brooklyn, Appellant.

*People ex rel. McGinniss* v. *Palmer*, 6 App. Div. 19, reversed.
(Argued October 5, 1896; decided October 20, 1896.)

APPEAL from order of the Appellate Division of the Supreme Court in the second judicial department, made June 2, 1896, which reversed an order of Special Term denying a motion for a writ of peremptory mandamus and directed the issuance of the writ.

*Joseph A. Burr* for appellant.

*John J. McGinniss*, respondent, in person.

Order of Appellate Division reversed and that of Special Term affirmed, with costs, on opinion of CULLEN, J., below.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD CAHILL, Appellant, *v.* EDWARD P. BARKER et al., Commissioners of Taxes, etc., of the City of New York, Respondents.

*People ex rel. Cahill* v. *Barker*, 5 App. Div. 227, affirmed.
(Argued October 5, 1896; decided October 20, 1896.)

APPEAL from order of the Appellate Division of the Supreme Court in the first judicial department, made May 15, 1896, which dismissed a writ of certiorari sued out to review the determination of respondents in removing the relator from the position of assessor of the city of New York.

*Henry A. Gumbleton* for appellant.

*William L. Turner* for respondents.

Order affirmed, with costs ; no opinion.
All concur.